## CARLTON JOLLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Carlton Jolley's petition for certification for appeal from the Appellate Court, 60 Conn. App. 560 (AC 19955), is denied.

*Carlton Jolley*, pro se, in support of the petition.

Decided July 6, 2005

## STATE OF CONNECTICUT *v.* DENNIS HIGGINS

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 302 (AC 24412), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided July 6, 2005

## STATE OF CONNECTICUT *v.* JOSE MARTI

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 241 (AC 24304), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 6, 2005